**DISMISS and Opinion Filed December 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01201-CV

**GENTIVA HEALTH SERVICES (USA), LLC, INTEGRACARE OF GRANBURY, LLC, INTEGRACARE HOME HEALTH SERVICES, INC., INTEGRACARE OF TEXAS, LLC AND GIRLING HEALTH CARE, INC., Appellants**

**V.**

**AVIATOR HOME HEALTH, MICHELLE BRIDIER, MENDY JONES, SHIRLEY SMELLEY, LINDA HOLCOMB, SHELBY DAMRON, BRANDON KOWACICH, JUAN MARCOS TREVINO, AND MICHELE BROCK f/n/a MICHELE FINSTAD, Appellees**

### On Appeal from the 366th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 366-02287-2018

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Before the Court is the December 13, 2018 motion to dismiss the appeal filed by appellants.

In the motion, appellants state they no longer wish to proceed because all disputes between the parties have been resolved. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

181201F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GENTIVA HEALTH SERVICES (USA) LLC, INTEGRACARE OF GRANBURY, LLC, INTEGRACARE HOME HEALTH SERVICES, INC., INTEGRACARE OF TEXAS, LLC, AND GIRLING HEALTH CARE, INC., Appellants

No. 05-18-01201-CV          V.

AVIATOR HOME HEALTH, MICHELLE BRIDIER, MENDY JONES, SHIRLEY SMELLEY, LINDA HOLCOMB, SHELBY DAMRON, BRANDON KOWACICH,  JUAN MARCOS TREVINO, AND MICHELE BROCK f/k/a MICHELE FINSTAD Appellees

On Appeal from the 366th Judicial District Court, Collin County, Texas
Trial Court Cause No. 366-02287-2018.
Opinion delivered by Chief Justice Wright. Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

We **ORDER** that each party bear its own costs of this appeal.

Judgment entered December 19, 2018.